granted. Certiorari denied.

No. 91–776. TENNESSEE *v.* TURNER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–792. SARGENT, WARDEN *v.* HENDERSON. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–812. PACIFIC BELL ET AL. *v.* PALLAS, AKA HUBBS. C. A. 9th Cir. Motions of Equal Employment Advisory Council and California Employment Law Council for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.

No. 91–6312. DAMIAN *v.* FEDERAL EXPRESS CORP. C. A. 5th Cir. Certiorari before judgment denied.

No. 91–407. SCHOONOVER *v.* KLAMATH COUNTY, OREGON, *ante,* p. 940;

No. 91–412. ROSENBAUM *v.* ROSENBAUM, *ante,* p. 940;

No. 91–440. GOLDBERG & FELDMAN FINE ARTS, INC., ET AL. *v.* AUTOCEPHALOUS GREEK-ORTHODOX CHURCH OF CYPRUS ET AL., *ante,* p. 941;

No. 91–496. MAGYAR ET UX. *v.* OLAN ET AL., *ante,* p. 958;

No. 91–5734. LAWHORN *v.* ALABAMA, *ante,* p. 970;

No. 91–5751. GROFF *v.* PEREZOUS ET AL., *ante,* p. 945;

No. 91–5769. LIN *v.* FORDHAM UNIVERSITY ET AL., *ante,* p. 946;

No. 91–5780. HERNANDEZ *v.* CITY OF TEMPLE, TEXAS, ET AL., *ante,* p. 946;

No. 91–5782. JACKSON ET AL. *v.* WARD ET AL., *ante,* p. 946;

No. 91–5817. TAYLOR *v.* GEORGIA, *ante,* p. 947;

No. 91–5829. MONTAGUE *v.* DEPARTMENT OF AGRICULTURE, *ante,* p. 947;

No. 91–5830. RESTREPO ET UX. *v.* FIRST NATIONAL BANK OF DONA ANA COUNTY, NEW MEXICO, *ante,* p. 947;

No. 91–5897. ROBISON *v.* MAYNARD, WARDEN, ET AL., *ante,* p. 970;

No. 91–5920. BROWN ET AL. v. KERR GLASS MANUFACTURING INC. ET AL., *ante*, p. 970;

No. 91–6029. IN RE DEMPSEY, *ante*, p. 937; and

No. 91–6177. MARTIN ET AL. v. MEDICAL CENTER OF DELAWARE, *ante*, p. 991. Petitions for rehearing denied.

No. 90–7860. DONALD v. RAST ET AL., *ante*, p. 827;

No. 90–8223. D'SOUZA v. UNITED STATES, *ante*, p. 838;

No. 90–8436. RAMEL v. ALLEN ET AL., *ante*, p. 851;

No. 90–8453. JOHN v. IMMIGRATION AND NATURALIZATION SERVICE ET AL., *ante*, p. 851;

No. 91–91. EUERLE FARMS, INC., ET AL. v. FARM CREDIT SERVICES OF ST. PAUL ET AL., *ante*, p. 860;

No. 91–209. GILBERT ET AL. v. CITY OF CAMBRIDGE ET AL., *ante*, p. 866;

No. 91–5075. DAVIS v. CITY OF COLUMBUS, OHIO, ET AL., *ante*, p. 873;

No. 91–5231. SNYDER ET AL. v. ASHKENAZY ENTERPRISES, INC., *ante*, p. 882;

No. 91–5320. FERNOS-LOPEZ v. FIGARELLA LOPEZ, *ante*, p. 886;

No. 91–5380. DITTA v. BRANCH MOTOR EXPRESS ET AL., *ante*, p. 890;

No. 91–5473. PENSINGER v. CALIFORNIA, *ante*, p. 930;

No. 91–5475. HACKETT v. UNITED STATES ET AL., *ante*, p. 894;

No. 91–5522. WARMACK v. UNITED STATES, *ante*, p. 914;

No. 91–5603. RASHTY v. MICHIGAN, *ante*, p. 916;

No. 91–5627. FERRELL v. GEORGIA, *ante*, p. 927;

No. 91–5808. BILAL v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante*, p. 928; and

No. 91–5847. RAFFAELE v. MURDOCK ET AL., *ante*, p. 928. Petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these petitions.

No. 91–5299. ECHOLS v. ASMUTH ET AL., *ante*, p. 885. Motion for leave to file petition for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of this motion.

JANUARY 16, 1992

No. A–498. RICHARDS, GOVERNOR OF TEXAS, ET AL. v. TERRAZAS ET AL. D. C. W. D. Tex. Application for stay pending ap-